# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| vs. ) | Case No. 08-00262-01-CR-W-GAF |
| ) | |
| IRALEE FRENCH, ) | |
| ) | |
| *Defendant.* ) | |

## ORDER GRANTING DEFENDANT FRENCH'S MOTION TO INCREASE HOURLY RATES FOR APPOINTED COUNSEL

Now pending before the Court is Defendant French's Motion to Increase Hourly Rates for Appointed Counsel. After considering said motion, and for good cause shown, it is hereby

ORDERED that the hourly rates of compensation for appointed counsel W. Brian Gaddy shall be increased to $175 per hour for in-court and out-of-court services performed in this case on and after March 11, 2009.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: May 8, 2009