# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-00262-01-CR-W-GAF |
| ) | |
| IRALEE E. FRENCH, JR., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now pending before the Court is Defendant's motion to suppress his statement on the grounds that the statement was obtained in violation of his *Miranda* rights and his Fifth Amendment right against self-incrimination. On December 17, 2009, United States Magistrate Judge Robert E. Larsen conducted an evidentiary hearing on the motion to suppress.

On January 7, 2010, United States Magistrate Judge Robert E. Larsen issued his Report and Recommendation (Doc. #125). On January 19, 2010, Defendant's Objection to the Report and Recommendation of United States Magistrate (Doc. #128) was filed.

Upon careful and independent review of the pending motion and suggestions in support thereof, defendant French's objection to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Robert E. Larsen.

Accordingly, it is hereby ORDERED that Defendant's Motion to Suppress (Doc. #100) is OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: January 25, 2010